# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 20, 2012

144835 & (15)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ROBERT DAVIS,
        Plaintiff-Appellant,

v

CITY OF DETROIT FINANCIAL REVIEW
TEAM, GOVERNOR OF MICHIGAN and
STATE TREASURER,
        Defendants-Appellees.

SC:  144835
COA:  309250
Ingham CC:  12-000113-CZ

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 23, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 20, 2012

Clerk

h0417